**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-CV-01501-RM-NYW

HECTOR ALDERETE

Plaintiff

v.

KARBOWSKI CONSTRUCTION, INC. and RICHARD FRANK KARBOWSKI

Defendants.

---

**PARTIES' JOIN MOTION TO EXTEND UPCOMING DEADLINES AND CONTINUE
THE SCHEDULING CONFERENCE TO ALLOW THE PARTIES TO FINALIZE
SETTLEMENT**

---

Plaintiff Hector Alderete, by and through his attorneys, Ted Hess & Associates, LLC, and Defendants Karbowski Construction, Inc. and Richard Frank Karbowski, by and through their attorneys, Karp Neu Hanlon, P.C., (collectively, "the Parties") move to amend upcoming deadlines and continue the scheduling order as set forth herein.  In support of this Motion, the Parties state as follows:

1. **Certification:**  Pursuant to D.C.Colo.LCivR.6.1(E), undersigned counsel certify that a copy of this Motion has been served upon their clients.  Plaintiff and Defendants do not object to the relief requested herein.

2.      A Rule 16(b) scheduling conference in this matter is currently set for September 1, 2015, at 11:00 am.   The Parties' deadline to submit their proposed scheduling order is August 25, 2015.   In addition, Defendants' deadline to file their responsive pleadings to Plaintiff's Complaint is August 28, 2015.

3.      The Parties have reached a tentative settlement and are in the process of memorializing the agreement in writing.   The Parties would like to continue the scheduling conference and extend the upcoming deadlines so that they can work on the settlement agreement without incurring the fees and costs associated with preparing a scheduling order and attending a scheduling conference.

4.      Accordingly, the Parties request that the scheduling conference be continued for at least 30 days to allow the Parties to prepare and finalize the settlement agreement.   The Parties also request that the scheduling order and Defendants' responsive pleadings be due seven (7) days prior to the rescheduled scheduling conference.

5.      No party will be prejudiced if the requested relief is granted.   However, the Parties will be prejudiced if they are required to incur substantial fees and costs after reaching a tentative settlement agreement.

Page 3 of 3

WHEREFORE, the Parties respectfully request that the scheduling conference be continued for at least thirty (30) days and the deadlines to file the scheduling order and Defendants' responsive pleadings be extended until seven (7) days prior to the scheduling conference.

Dated this 18th day of August, 2015.

KARP NEU HANLON, P.C.
Attorneys for Defendants

By:  /s/ Anna S. Itenberg
Duly signed original on file at:
Karp Neu Hanlon, P.C.
Anna S. Itenberg
201 14th Street, Suite 200
Glenwood Springs, CO  81601

TED HESS & ASSOCIATES, LLC.
Attorneys for Plaintiff

By:  /s/ Kristin L. Bohman
Duly signed original on file at:
Ted Hess & Associates, LLC
Kristin L. Bohman
110 8th Street
Glenwood Springs, CO  81601