**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 15-cv-01501-RM-NYW

HECTOR ALDERETE,

    Plaintiff,

v.

KARBOWSKI CONSTRUCTION, INC. AND RICHARD FRANK KARBOWSKI,

    Defendants.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

Pursuant to the Stipulation for Dismissal with Prejudice (ECF No. 21) filed on September 18, 2015 and signed by the attorneys for the parties, it is ORDERED that this cause of action is hereby DISMISSED WITH PREJUDICE, each party to pay their own costs and attorneys' fees.

DATED this 18th day of September, 2015.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge